UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAKE T. BELFORD, | Case No. 3:25-cv-00653-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| BORGAS, *et al.*, | |
| Respondents. | |

*Pro se* Petitioner Jake T. Belford filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging his conviction and sentence imposed by the Second Judicial District Court in case number CR18-1787. (ECF No. 4 ("First Petition").) Belford also filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging his conviction and sentence imposed by the Second Judicial District Court in case number CR18-1790. (ECF No. 1-4 ("Second Petition").) Belford's Second Petition was filed with the following label: "duplicate submission from law library." (*See* ECF No. 1-4.) Belford has now filed a motion to review filing, explaining that the Second Petition "should be entered as a separate writ" because it was mistakenly construed as a duplicate of his First Petition. (ECF No. 6 ("Motion").) The Court finds that good cause exists to grant the Motion given that the Second Petition is indeed not a duplicate of the First Petition.

///
///
///
///
///
///

1 | It is therefore ordered that the Motion (ECF No. 6) is granted.

2 | It is further kindly ordered that the Clerk of Court file the Second Petition (ECF No. 1-4) in a new habeas action.

DATED THIS 26th Day of November 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE