UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAKE T. BELFORD,

Petitioner,

v.

BORGAS,

Respondent.

Case No.: 3:25-cv-00653-MMD-CSD

ORDER

This habeas matter is before the Court on Petitioner Jake Belford's unopposed motion for a 90-day extension of time to file his amended petition. (ECF No. 13 ("Motion").) This is Belford's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 13) is granted. Belford has up to and including June 17, 2026 to file his first amended petition.

DATED THIS 23rd Day of March 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE