UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAKE T. BELFORD,

Petitioner,

v.

BORGAS,

Respondent.

Case No. 3:25-cv-00653-MMD-CSD

ORDER

This habeas matter is before the Court on Petitioner Jake Belford's unopposed motion for a 60-day extension of time to file his amended petition. (ECF No. 18 ("Motion").) This is Belford's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 18) is granted. Belford has up to and including September 22, 2026, to file his first amended petition.

DATED THIS 27th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE