UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAKE T. BELFORD,

Petitioner,

v.

BORGAS,

Respondent.

Case No. 3:25-cv-00653-MMD-CSD

EXTENSION ORDER

This habeas matter is before the Court on Respondent's unopposed motion for a 30-day extension of time to file her response to the amended petition. (ECF No. 21 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 21) is granted. Respondent has up to and including December 16, 2026, to file her response.

DATED THIS 17th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE